# EXHIBIT B

### LOAN AGREEMENT AND RELEASE
### (Working Capital Loan)

This Loan Agreement and Release (this "Agreement") is made as of _NOVEMBER 17_ 200_4_, by and between _CHEETAH STAFFING, LLC_ ("Franchisee"), and _LABOR FINDERS INT'L INC_ ("Lender").

1.     Franchisee and Labor Finders International, Inc. ("Franchisor") are parties to a Franchise Agreement dated _July 15 2003_ (the "Franchise Agreement"). Under the Franchise Agreement, Franchisee is entitled to operate one or more temporary personnel offices (the "Franchise Business"). Franchisee wishes to borrow funds from Lender to finance certain working capital expenses of the Franchise Business. The loan is to be secured by a lien on the receivables of the Franchise Business, the stock of Franchisee's corporation, and a guaranty from the owners of Franchisee (the "Guarantors").

2.     Concurrently with the execution and delivery of this Agreement, Lender will loan $ _50,000.00_ to Franchisee; Franchisee will execute and deliver a Promissory Note for $ _50,000.00_ to Lender; Franchisee, as debtor, and Lender, as secured party, will execute and deliver a Security Agreement and any required Financing Statements; the shareholders of Franchisee will deliver their stock certificates in Franchisee to Lender; and the Guarantors will execute and deliver a Guaranty to Lender.

3.     Franchisee agrees all of the loan proceeds will be used solely to pay for increased net payroll expenses for outside temporary workers in connection with the Franchise Business.

4.     Franchisee and the Guarantors hereby release Franchisor and Lender from any and all claims with respect to the offer, grant and acceptance of the Franchise Agreement and with respect to any breach, violation or default of the Franchise Agreement by Franchisor which occurred prior to the date of this Agreement.

5.     This Agreement takes effect upon its acceptance and execution by an authorized officer of Lender. This Agreement shall be governed by and construed under the laws of the State of Florida, without giving effect to the application of any Florida conflict of law rules. Any proceeding brought by Lender against Franchisee may be brought in Palm Beach County, Florida, and Franchisee waives all questions of personal jurisdiction and venue for the purpose of carrying out this provision.

IN WITNESS WHEREOF the parties have executed this Agreement as of the date written above.

FRANCHISEE:

_CHEETAH STAFFING, LLC_

By: _____

Its: _PRESIDENT_

_CLYDE RUNDLE_
Typed/Printed Name

LENDER:

_LABOR FINDERS INT'L INC._

By: _Kim Phipps_

Its: _SECY/TREAS_

_KIM PHIPPS_
Typed/Printed Name

GUARANTORS/OWNERS:

_Clyde Rundle_
Signature
_CLYDE RUNDLE_
Printed/Typed Name
_28309 W. SAVANNAH TR._
Residential Address
_LAKE BARRINGTON, IL 60010_
City, State, ZIP Code

_Barbara Rundle_
Signature
_BARBARA RUNDLE_
Printed/Typed Name
_28309 W. SAVANNAH TR._
Residential Address
_LAKE BARRINGTON, IL 60010_
City, State, ZIP Code

248237.7 3/04
015859.10001(162)

Cheetah Staffing, LLC.
November 17, 2004
Total Principle: $50,000.00
Interest Rate: 6%
Total Loan Value: $53184.72
Term: 24 Months
Monthly Payment Amount: $2216.03

| Pmt. | Principal | Interest | Cum. Principal | Cum. Interest | Principal Balance |
|------|-----------|----------|----------------|---------------|-------------------|
| 1  | $ 1,966.03 | $ 250.00 | $ 1,966.03  | $ 250.00   | $ 48,033.97 |
| 2  | $ 1,975.86 | $ 240.17 | $ 3,941.89  | $ 490.17   | $ 48,058.11 |
| 3  | $ 1,985.74 | $ 230.29 | $ 5,927.63  | $ 720.46   | $ 44,072.37 |
| 4  | $ 1,995.67 | $ 220.36 | $ 7,923.30  | $ 940.82   | $ 42,076.70 |
| 5  | $ 2,005.65 | $ 210.38 | $ 9,928.95  | $ 1,151.20 | $ 40,071.06 |
| 6  | $ 2,015.67 | $ 200.36 | $ 11,944.62 | $ 1,351.56 | $ 38,055.38 |
| 7  | $ 2,025.75 | $ 190.28 | $ 13,970.37 | $ 1,541.84 | $ 36,029.63 |
| 8  | $ 2,035.88 | $ 180.15 | $ 16,006.25 | $ 1,721.99 | $ 33,993.75 |
| 9  | $ 2,046.06 | $ 169.97 | $ 18,052.31 | $ 1,891.96 | $ 31,947.69 |
| 10 | $ 2,056.29 | $ 159.74 | $ 20,108.60 | $ 2,051.70 | $ 29,891.40 |
| 11 | $ 2,066.57 | $ 149.46 | $ 22,175.17 | $ 2,201.16 | $ 27,824.83 |
| 12 | $ 2,076.91 | $ 139.12 | $ 24,252.08 | $ 2,340.28 | $ 25,747.92 |
| 13 | $ 2,087.29 | $ 128.74 | $ 26,339.37 | $ 2,469.02 | $ 23,660.63 |
| 14 | $ 2,097.73 | $ 118.30 | $ 28,437.10 | $ 2,587.32 | $ 21,562.90 |
| 15 | $ 2,108.22 | $ 107.81 | $ 30,545.32 | $ 2,695.13 | $ 19,454.68 |
| 16 | $ 2,118.76 | $ 97.27  | $ 32,664.08 | $ 2,792.40 | $ 17,335.92 |
| 17 | $ 2,129.35 | $ 86.68  | $ 34,793.43 | $ 2,879.08 | $ 15,206.57 |
| 18 | $ 2,140.00 | $ 76.03  | $ 36,933.43 | $ 2,955.11 | $ 13,066.57 |
| 19 | $ 2,150.70 | $ 65.33  | $ 39,084.13 | $ 3,020.44 | $ 10,915.87 |
| 20 | $ 2,161.45 | $ 54.58  | $ 41,245.58 | $ 3,075.02 | $ 8,754.42  |
| 21 | $ 2,172.26 | $ 43.77  | $ 43,417.84 | $ 3,118.79 | $ 6,582.16  |
| 22 | $ 2,183.12 | $ 32.91  | $ 45,600.96 | $ 3,151.70 | $ 4,399.04  |
| 23 | $ 2,194.03 | $ 22.00  | $ 47,794.99 | $ 3,173.70 | $ 2,205.01  |
| 24 | $ 2,205.01 | $ 11.03  | $ 50,000.00 | $ 3,184.73 | $ -         |