# EXHIBIT C



**Sent Via Email and UPS Next Day**

November 6, 2009

Mr. Clyde Rundle
Cheetah Staffing, LLC
28309 W. Savannah Trail, Suite 200
Lake Barrington, IL 60010

## NOTICE TO CURE

**Re: Cheetah Staffing, LLC Franchise Agreement**

Dear Clyde:

You are hereby notified that you are in default of the Franchise Agreement ("Franchise Agreement") listed below, pursuant to which you operate a franchised business for the territories listed below:

| Franchisee | Date of Franchise Agreement | Territory of Business |
|---|---|---|
| Cheetah Staffing, LLC. | April 16, 2003 | IL and WI |

Pursuant to section 9.3.1 of your Franchise Agreement this notice shall serve as thirty days (30) days prior written notice that Labor Finders International, Inc. ("LFI") intends to terminate your Franchise Agreement for your failure to pay when due your franchise fees and software fees. Specifically, you have a total outstanding balance of $384,082.60 ($375,839.18 in Royalty Fees and $8,243.42 in Software Fees). A listing of past due amounts outstanding is attached.

This is a violation of Section 4.2 and 4.3 of your Franchise Agreement. Section 4.2 Royalty Fees - states "Royalty Fees are due and payable at the office of Franchisor forty-five (45) days after the end of each month." Section 4.3 Software Fees - states Software fees are "due and payable at the office of Franchisor on the first (1st) day of the month for the current month."

**You are required to cure these defaults within thirty days (30) days by December 6, 2009.**

Serving Your Community with
Over 250 Offices Nationwide
11426 North Jog Road • Palm Beach Gardens, FL 33418
561.627.6507 • 800.864.7749 • 561.627.6556 (fax)
www.laborfinders.com

MEMBER OF
American Staffing Association

Page 2
Clyde Rundle, Cheetah Staffing, LLC
November 6, 2009

You are advised that if you dispute the claimed defaults and contend that this Notice is not justified, you must advise LFI in writing within three (3) days of the receipt of this Notice of the substance of the dispute and provide LFI with any and all information supporting your claims. LFI will promptly review the substance of your dispute. However, any dispute that you raise with respect any claims that you might purport to have against LFI will not excuse your performance of your obligations under the Franchise Agreement. Any communication regarding this Notice should be directed to my attention, Labor Finders International, Inc., 11426 North Jog Road, Palm Beach Gardens, Florida 33418; 561-273-8206 or jburnett@laborfinders.com.

**Failure to cure these defaults within thirty days (30) days of the receipt of this Notice, as required by your Franchise Agreement with LFI, may result in termination of your Franchise Agreement.**

If you do not immediately comply with the foregoing obligations, LFI may take whatever action against you it deems advisable to enforce its rights under the franchise agreement. LFI hereby reserves all of its rights to assert other and additional defaults, and to obtain and enforce any and all rights and remedies it may have at law or equity as a result of your defaults.

Sincerely,

Jeffrey S. Burnett
President & CEO
Labor Finders International, Inc.


cc: Christina Noyes, Esq. via email