# EXHIBIT D



**Sent Via Email and UPS Next Day**

November 6, 2009

Mr. Clyde Rundle
Cheetah Staffing, LLC.
28309 W. Savannah Trail, Suite 200
Lake Barrington, IL 60010

## NOTICE TO CURE

**Re: Cheetah Staffing, LLC Working Capital Loan**

Dear Clyde:

You are hereby notified that you are in default of the Working Capital Loan ("Working Capital Loan ") listed below:

| Franchisee | Date of Working Capital Loan Agreement | Territory of Business |
|---|---|---|
| Cheetah Staffing, LLC | November 17, 2004 | IL and WI |

The original principal amount of the Working Capital Loan is $50,000.00 and the remaining balance due as of the date of this letter is $22,739.74. Under the terms of the Promissory Note executed in conjunction with the Working Capital Loan, a default has occurred when Cheetah Staffing, LLC has failed to pay any principal or interest due, if the payment is not received within seven (7) calendar days after notice.

Labor Finders International Inc. ("LFI") is within its rights to declare this Note in default without a further right to cure because of your failure to pay LFI within seven days of its previous email and verbal communications to you regarding your lack of payment. **This letter shall serve as a formal notice to cure the default of the Working Capital Loan within ten (10) calendar days of delivery of this letter.** Time is of the essence and any previous communications that have indicated otherwise are now countermanded.

LFI has the option to automatically accelerate the Promissory Note without further notice to you. Under this option, the entire amount of principal and interest will be due and payable with default interest on the entire unpaid principal balance at the lesser of an 8% interest rate or the highest amount permitted by law.

Serving Your Community with
Over 250 Offices Nationwide
11426 North Jog Road • Palm Beach Gardens, FL 33418
561.627.6507 • 800.864.7749 • 561.627.6556 (fax)
www.laborfinders.com



MEMBER OF
American Staffing Association

Page 2
Clyde Rundle, Cheetah Staffing, LLC
November 6, 2009

Under Section 9.3.1, the failure to pay any amount to LFI within ten (10) calendar days after notice is a default under the Franchise Agreement dated April 16, 2003 between Cheetah Staffing, LLC and LFI. If the amount stated above remains unpaid past the time frame stated in this letter, LFI may terminate your Franchise Agreement without further opportunity to cure.

**You are required to cure this default within ten (10) days by November 16, 2009.**

You are advised that if you dispute the claimed defaults and contend that this Notice is not justified, you must advise LFI in writing within three (3) days of the receipt of this Notice of the substance of the dispute and provide LFI with any and all information supporting your claims. LFI will promptly review the substance of your dispute. However, any dispute that you raise with respect any claims that you might purport to have against LFI will not excuse your performance of your obligations under the Working Capital Loan or Franchise Agreement. Any communication regarding this Notice should be directed to my attention, Labor Finders International, Inc., 11426 North Jog Road, Palm Beach Gardens, Florida 33418; 561-273-8206 or jburnett@laborfinders.com.

**Failure to cure these defaults within ten (10) days of the receipt of this Notice may result in acceleration of the Promissory Note, an enforcement action against Cheetah Staffing, LLC, an enforcement action against the personal guaranty, and termination of your Franchise Agreement.**

If you do not immediately comply with the foregoing obligations, LFI may take whatever action against you it deems advisable to enforce its rights under the franchise agreement. LFI hereby reserves all of its rights to assert other and additional defaults, and to obtain and enforce any and all rights and remedies it may have at law or equity as a result of your defaults.

Sincerely,

Jeffrey S. Burnett
President & CEO
Labor Finders International, Inc.


cc: Christina Noyes, Esq. via email