# EXHIBIT F



# CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | SAVANNAH STAFFING INC. | File Number | 67429281 |
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 03/03/2010 | State | ILLINOIS |
| Agent Name | CLYDE D. RUNDLE | Agent Change Date | 03/03/2010 |
| Agent Street Address | 28309 W SAVANNAH TRL STE 200 | President Name & Address | |
| Agent City | LAKE BARRINGTON | Secretary Name & Address | |
| Agent Zip | 60010 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | |

Return to the Search Screen

Purchase Certificate of Good Standing
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

http://www.ilsos.gov/corporatellc/CorporateLlcController